# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry Gilmore ,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-00367-RJC

Dennis Daniels ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/17/2012 Order.

                                                  Signed: July 17, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court